**Exhibit A to the Complaint**

**Location:** Ashburn, VA
**Total Works Infringed:** 63

**IP Address:** 173.72.159.212
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash:<br>64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 06-19-2021 17:32:48 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 2 | Info Hash:<br>88F141141A30BFF7CE73552E3E170D8D0E470CBF<br>File Hash:<br>6CFB005BCB1E24E00A4576CEAF6D98313DD3547CA42A84CDB271025F6B1349CE | 06-19-2021 17:20:31 | Blacked Raw | 10-04-2018 | 10-16-2018 | PA0002127787 |
| 3 | Info Hash:<br>E10259BB09AFE9410D944641E94048900ADEF0F2<br>File Hash:<br>BB40FB2FA9D578CD64AC8B698B074D104111183A93BFCEDB62320B19FCA0580E | 06-19-2021 17:14:35 | Blacked | 12-11-2017 | 01-04-2018 | PA0002097429 |
| 4 | Info Hash:<br>727C2698471403826A0D17EAF0010FFEAD561BCC<br>File Hash:<br>D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | 06-19-2021 16:06:02 | Blacked Raw | 07-16-2019 | 08-02-2019 | PA0002192306 |
| 5 | Info Hash:<br>54B8B6B4AB1F0BE30AF949BA83BE8F341B265D40<br>File Hash:<br>8512DEA6AA5B11BA9BFEBFD5B5B361DB8EBDC88C955CDE7D1712B25ADBF2B007 | 06-19-2021 16:00:37 | Blacked | 11-16-2019 | 12-03-2019 | PA0002232049 |
| 6 | Info Hash:<br>5EBAA857DB4CB94E7B579561C0FBE666094E0A10<br>File Hash:<br>1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 06-17-2021 15:07:48 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 7 | Info Hash:<br>4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash:<br>6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 06-17-2021 15:07:06 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 8 | Info Hash:<br>BB867A0C639C271CB353CB49B961C206CA95A6F3<br>File Hash:<br>FDD1F54196BFEE904FD76A1DC50BB3883C4D2C0C41C0F8F25F9037793AE8FD0F | 06-10-2021 02:31:20 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash:<br>55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 06-08-2021<br>19:50:36 | Vixen | 07-23-2018 | 09-05-2018 | PA0002135670 |
| 10 | Info Hash:<br>45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash:<br>4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 06-05-2021<br>11:55:16 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 11 | Info Hash:<br>CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A<br>File Hash:<br>C9D25135B90E91BB6451557A25CFF18DF7E804114218FB4E7CB112E333D037EA | 06-05-2021<br>03:42:02 | Blacked | 11-06-2018 | 11-25-2018 | PA0002136603 |
| 12 | Info Hash:<br>6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash:<br>B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 06-05-2021<br>03:40:42 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 13 | Info Hash:<br>3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash:<br>C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 06-05-2021<br>03:39:06 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 14 | Info Hash:<br>9FE743BAF7076C7B1416416DCB8787E922B10AE8<br>File Hash:<br>864FB11C75DB49869286CB31C2C3DAB5089D12FB89320C22D56A56FF3EDFB509 | 06-05-2021<br>03:38:22 | Blacked | 10-22-2018 | 11-25-2018 | PA0002136653 |
| 15 | Info Hash:<br>EEA471AC58E44D8C08CE5F008CA4FCB8A1BC3DBE<br>File Hash:<br>735FE6B829D412D28DFC82EBD327201FA1C37D6BF60692C929223A8CFB3F447E | 06-05-2021<br>03:34:24 | Blacked Raw | 04-20-2020 | 05-19-2020 | PA0002241477 |
| 16 | Info Hash:<br>549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 06-05-2021<br>03:33:48 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 17 | Info Hash:<br>DB497BED967866328C462CD1A231FA28CB64FD11<br>File Hash:<br>FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 06-05-2021<br>03:29:38 | Blacked Raw | 01-17-2020 | 02-20-2020 | PA0002229055 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>CDAC395CE8800993349925E75F02E08592BA8B26<br>File Hash:<br>658E948CFDC15C66CB84492342B916A97F9E9FCA815F01B356FBF5632B4B75DF | 06-05-2021<br>03:28:44 | Blacked Raw | 11-03-2019 | 11-27-2019 | PA0002213995 |
| 19 | Info Hash:<br>0430F254E5EEA53B1AB07F2DA6E891E6B73C1D60<br>File Hash:<br>67FDB5D2B892FD908FDC0E80FABEA8F28FD2B95E55A01DD40A38F89C0F996C9A | 06-05-2021<br>03:27:08 | Blacked | 08-28-2018 | 10-16-2018 | PA0002127773 |
| 20 | Info Hash:<br>2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash:<br>F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 06-05-2021<br>03:26:23 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 21 | Info Hash:<br>9968F7EB1729B78829F9D0A289D06086767DBC08<br>File Hash:<br>CD83796BF4286BF13FD65DCE1E36E5CFFE08686AFCA13F35290D515AD8840E4D | 06-05-2021<br>03:23:51 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 22 | Info Hash:<br>8350274C85342B0099EBF03570ACE176BACA2773<br>File Hash:<br>297042B335B3BF441F3731571CD0D499CFA0C13FD74EC643BE0CAFAB1C0E2A69 | 06-05-2021<br>03:21:32 | Blacked Raw | 01-22-2020 | 02-20-2020 | PA0002229057 |
| 23 | Info Hash:<br>63D8D9B3820167570E8ABB7E82A37DA24954AB7D<br>File Hash:<br>D943C0B89D441D28D1E72D25829F743130C67F0A9BC6E273ADBA6EA6560A9116 | 06-05-2021<br>03:20:02 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |
| 24 | Info Hash:<br>32A7357AD1FD4AF2D2BFF5B792D81DFDA7E14922<br>File Hash:<br>A6A74B186A5BA8DE4E6954029D7BF67385E28AEC57B392881080EEE456BE39FC | 06-05-2021<br>03:16:45 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 25 | Info Hash:<br>CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash:<br>71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 06-05-2021<br>03:14:24 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |
| 26 | Info Hash:<br>86804856761D83AD88F3D60A55538FD4C54CCAF9<br>File Hash:<br>A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 06-05-2021<br>03:09:24 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash:<br>8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 06-05-2021<br>03:08:45 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 28 | Info Hash:<br>28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash:<br>1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 06-05-2021<br>03:02:57 | Blacked<br>Raw | 11-18-2019 | 12-09-2019 | PA0002216261 |
| 29 | Info Hash:<br>2A235B5AC390943D91494754632D98DC21F91C61<br>File Hash:<br>DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 06-05-2021<br>02:53:36 | Blacked<br>Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |
| 30 | Info Hash:<br>7C9E406FAB73FAC20B6EAC7AE1FE5084E32999D0<br>File Hash:<br>0388173B9A6A5334727357D81BCFE3D1C4DE85EBE1BF01E463182DA5BB5141EF | 06-05-2021<br>02:52:44 | Blacked<br>Raw | 12-03-2019 | 01-03-2020 | PA0002233431 |
| 31 | Info Hash:<br>2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7<br>File Hash:<br>358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 06-05-2021<br>02:51:58 | Blacked<br>Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 32 | Info Hash:<br>EE39528C7065FF52B465D599BA395BF972CD06E6<br>File Hash:<br>56338A7A617E7F2E165DDC72067C31FCD89CCDED6D22F6EE987E68BF88444128 | 06-04-2021<br>16:06:17 | Blacked | 04-30-2017 | 06-15-2017 | PA0002037580 |
| 33 | Info Hash:<br>4621BB4A0025EC53A878119567D5F952DB339CE7<br>File Hash:<br>FB6C70A0FA93D2DE0FE49055830182647E9CD200C8BF46B224AFD34F54E7307C | 06-04-2021<br>16:05:47 | Blacked | 05-25-2017 | 06-22-2017 | PA0002039290 |
| 34 | Info Hash:<br>9536019879F17F3B90AD722E8B0FAEC984EEEF5A<br>File Hash:<br>1B470AFFB7BF459EE95FEC985D8EF40364FA790362F7C259BA48CC55F111B858 | 06-04-2021<br>14:53:28 | Blacked<br>Raw | 03-03-2019 | 04-17-2019 | PA0002186905 |
| 35 | Info Hash:<br>B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D<br>File Hash:<br>148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 06-04-2021<br>14:53:05 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC File Hash: FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 06-04-2021 14:52:56 | Blacked Raw | 03-28-2018 | 04-12-2018 | PA0002091513 |
| 37 | Info Hash: 71E3A2888C2DB58BBCE9353A68D2FF80359E304A File Hash: 6B4DC83F1BFCFB7C124C727C83154780E7E8090476CA63EB57E0A3C3020B1FAE | 06-04-2021 14:23:54 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 38 | Info Hash: 60A3091D0C256FC35025232D5F8DCBFA7D1BE7C9 File Hash: DF2362D5ACF3E0E5C7910A44DEE2DD7B578CA09C85019E7CC8C185889814F5C1 | 05-29-2021 13:31:37 | Blacked Raw | 04-02-2019 | 05-28-2019 | PA0002200780 |
| 39 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 05-29-2021 13:31:35 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 40 | Info Hash: 403C8C01BC2F40ED4F3C34B9040BAD024FEF26B1 File Hash: 9C82F2E5123E6E84FE9251F31DB6B3E396B0E17D64458481831EA7142BCE030A | 05-29-2021 13:31:00 | Blacked | 05-25-2019 | 06-13-2019 | PA0002180952 |
| 41 | Info Hash: 143ED56E751B662F727B52D79C441FBCC16BB177 File Hash: 6E468AF507E2B8CA74CF0E8AB4CC91C10A7F4D5FFA43B66EE393ED88FB48F9FD | 05-29-2021 13:23:08 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 42 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 File Hash: A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 05-29-2021 13:20:48 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 43 | Info Hash: 3754C381E6B3DCC20647F7F94277B364471F090F File Hash: A720644C52AD3004758AA8D25963DA8527D184F26D7F0F1361D23BDC135457E8 | 05-29-2021 13:07:34 | Blacked | 05-24-2018 | 07-14-2018 | PA0002128376 |
| 44 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856 File Hash: 3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 05-29-2021 13:04:23 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash:<br>AC7FA021B38E24D1B89250B1B963879739C88A06<br>File Hash:<br>A0E2F22B61C2FE0C8FBF8EFF45988C31E2A5B695A6BDD4C07B061711F5009550 | 05-29-2021<br>13:03:50 | Blacked<br>Raw | 02-01-2019 | 03-24-2019 | PA0002183205 |
| 46 | Info Hash:<br>AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash:<br>6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 05-29-2021<br>12:59:33 | Blacked<br>Raw | 02-11-2018 | 03-02-2018 | PA0002104740 |
| 47 | Info Hash:<br>E429ECEA3CC731EE2C160A6E4D77991FECDF8897<br>File Hash:<br>943CE63AF177C286436B0F920E4BF8839892501E7E9A9946C2E284728D74543F | 05-29-2021<br>12:54:22 | Blacked | 11-11-2018 | 11-25-2018 | PA0002136642 |
| 48 | Info Hash:<br>FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash:<br>3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 05-29-2021<br>12:53:49 | Blacked<br>Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 49 | Info Hash:<br>FD566995F3728DBE3CB9331DB4DDF9D40A8AB46C<br>File Hash:<br>2B5903DE34F121905C56E7D0465FDD8249D61FE160D063D59B3046C23F738F9A | 05-29-2021<br>12:52:49 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |
| 50 | Info Hash:<br>2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4<br>File Hash:<br>D16DF83A00305C34F08B013F7C1AD485D4856A3B0BC2CDD84EBABC859EDB141F | 05-29-2021<br>12:52:36 | Blacked<br>Raw | 01-12-2018 | 01-23-2018 | PA0002101755 |
| 51 | Info Hash:<br>12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E<br>File Hash:<br>7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 05-28-2021<br>18:58:50 | Blacked<br>Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 52 | Info Hash:<br>5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash:<br>7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 05-28-2021<br>18:58:34 | Blacked<br>Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 53 | Info Hash:<br>21B9DD1AD65C9340920B31128D91CA3F85913384<br>File Hash:<br>607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | 05-28-2021<br>18:57:21 | Blacked<br>Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 54 | Info Hash:<br>B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash:<br>8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 05-28-2021<br>18:55:46 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 55 | Info Hash:<br>AB6061895AFDF2D02F4E52CBE8139592CFEFDF38<br>File Hash:<br>8AC6BEF33EC824383A869041954605EAA507DB219553EA03EE78AEC6DD85A33A | 05-28-2021<br>18:53:40 | Blacked | 10-02-2019 | 10-21-2019 | PA0002207747 |
| 56 | Info Hash:<br>F5E931AB78F7394210896FEC71ADFB7C43276832<br>File Hash:<br>8E2BEF7AF870C92A364F805705266C4615109944B38A0E6D420610D5979E2A9D | 05-28-2021<br>18:49:02 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 57 | Info Hash:<br>C2CD33294A80E9042A3D6D2FC6C52861821EFA18<br>File Hash:<br>D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 05-28-2021<br>18:46:25 | Blacked<br>Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 58 | Info Hash:<br>F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash:<br>DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 05-28-2021<br>18:35:47 | Blacked<br>Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 59 | Info Hash:<br>3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash:<br>35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 05-28-2021<br>18:34:46 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 60 | Info Hash:<br>EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash:<br>CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 05-28-2021<br>18:31:30 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 61 | Info Hash:<br>B27544ACC603A3053027DAE34A441054A855CD59<br>File Hash:<br>4A97D5D295359476C64C4B84E5BE522E8C523ACEAA933976B7EFE235E1D252C9 | 05-26-2021<br>16:50:11 | Vixen | 03-20-2018 | 04-12-2018 | PA0002091523 |
| 62 | Info Hash:<br>5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash:<br>98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 05-22-2021<br>03:34:39 | Blacked<br>Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash:<br>EECBC957C07B74E8D2C3EDDF2447E1E531CFB050<br>File Hash:<br>C3F9D452EF2FF58947E67228D2CC1061D66F52155EC19403CF2F19EBEFED47D2 | 04-16-2021<br>17:05:27 | Tushy | 06-10-2017 | 07-07-2017 | PA0002074096 |