## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:21-cv-00808-RDA-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE, subscriber assigned IP address | ) | |
| 173.72.159.212, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 173.72.159.212, are voluntarily dismissed without prejudice.

Dated:  September 25, 2021                    Respectfully submitted,


                                              */s/ Dawn M. Sciarrino*
                                              Dawn M. Sciarrino, Esq.
                                              The James Law Firm PLLC
                                              445 Hamilton Avenue, Suite 1102
                                              White Plains, NY 10601
                                              (202) 256-9551 (cell)
                                              (202) 217-3929 (fax)
                                              dsciarrino@jmjameslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.