IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:21-cv-808 (RDA/TCB) |
| JOHN DOE, subscriber assigned IP address 173.72.159.212, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant. Dkt. 9. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
September 29, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge